PLAINTIFF/PETITIONER/MOVANT'S NAME Anthony Morrison

PRISON NUMBER C-60307

PLACE OF CONFINEMENT Correctional Training Facility
Y Wing, Cell # 120

ADDRESS Soledad, CA 93960



FILED
JUN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## United States District Court
### Southern District Of California

| | |
|---|---|
| ANTHONY MORRISON,<br><br>Plaintiff/Petitioner/Movant<br><br>v.<br><br>BEN CURRY, Warden, et al.<br><br>Defendant/Respondent | Civil No. '08 CV 0999 WQHJMA<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, 
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ___ Yes ☒ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?          ☒ Yes ☐ No
    Do you receive any payment from the institution? ☒ Yes ☐ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? (Yes)  No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   _20⁰⁰ dollars a month_ _____
   
   _____
   
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   _____
   
   _____
   
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    Yes   (No)
   b. Rent payments, royalties interest or dividends    Yes   (No)
   c. Pensions, annuities or life insurance             Yes   (No)
   d. Disability or workers compensation                Yes   (No)
   e. Social Security, disability or other welfare      Yes   (No)
   e. Gifts or inheritances                             Yes   (No)
   f. Spousal or child support                          Yes   (No)
   g. Any other sources                                 Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   
   _____
   
   _____

4. Do you have any checking account(s)?   Yes   (No)
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   Yes   (No)
   a. Make:            Year:            Model:
   b. Is it financed?  Yes   No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes   ~~No~~
   If "Yes" describe the property and state its value. _____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):   None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    They are ~~there~~ NO Assets.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 16, 2008
DATE

_____
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement</u>.

### PRISON CERTIFICATE
*(Incarcerated applicants only)*
(To be completed by the institution of incarceration)

I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution.  I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____   _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                  _____
                                  OFFICER'S FULL NAME (PRINTED)

                                  _____
                                  OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Anthony Morrison, CDC# C-60307, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

May 18, 2008
DATE

SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                          -5-                      ::ODMA\PCDOCS\WORDPERFECT\22835\1

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Morrison, Anthony_ for the last six months at
[prisoner name]

_CTF Soledad_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 16.67 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 7.82.

Dated: 5/30/08

_Yolanda Chavez_ — Accountant I Specialist
Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Chavez_
TRUST OFFICE
Acct. I Specialist

4

```
REPORT ID: TS3030  .701                                                  REPORT DATE: 05/30/08
                                                                         PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: DEC. 31, 2007 THRU MAY 30, 2008

ACCOUNT NUMBER : C60307                         BED/CELL NUMBER: CFYWT1000001200
ACCOUNT NAME   : MORRISON, ANTHONY MARK         ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                               TRUST ACCOUNT ACTIVITY

DATE    TRAN
        CODE  DESCRIPTION       COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

12/31/2007    BEGINNING BALANCE                                                    0.00
ACTIVITY FOR 2008
01/07 D554   INMATE PAYROLL   2040 P6                  20.00                      20.00
01/08 FC01   DRAW-FAC 1       2085 ML                              20.00           0.00
02/06 D554   INMATE PAYROLL   2470 P9                  20.00                      20.00
02/11 FC01   DRAW-FAC 1       2558 ML                              20.00           0.00
03/06 D554   INMATE PAYROLL   2856 P6                  20.00                      20.00
04/03 D554   INMATE PAYROLL   3155 P10                 20.00                      40.00
04/07 FC01   DRAW-FAC 1       3215 ML                              28.00          12.00
04/08 W476   DONATION-PROT    3243 TITHES                           2.00          10.00
05/02 D554   INMATE PAYROLL   3655 P10                 20.00                      30.00
05/13 FC01   DRAW-FAC 1       3720 ML                              30.00           0.00

                               TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL       CURRENT    HOLDS      TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS BALANCE    BALANCE    TO BE POSTED

   0.00       100.00      100.00       0.00       0.00           0.00

                                                         CURRENT
                                                       AVAILABLE
                                                         BALANCE
                                                         -------
                                                           0.00


Correctional Training Facility                    THE WITHIN INSTRUMENT IS A CORRECT
P. O. Box 686                                     COPY OF THE TRUST ACCOUNT MAINTAINED
(5 Miles N of Soledad on US 101)                  BY THIS OFFICE.
Soledad, California 93960                         ATTEST: 5/30/08
ATTN: Trust Office                                CALIFORNIA DEPARTMENT OF CORRECTIONS
                                                  BY  Yoland Chang
                                                      Accountant 1 Specialist
                                                      TRUST OFFICE
```