1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| ANTHONY MORRISON,<br><br>                           Petitioner,<br><br>        vs.<br><br>BEN CURRY, Warden,<br><br>                        Respondent. | Civil No.    08cv0999-WQH (JMA)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

16
17
18
19
20

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a parole eligibility hearing held in the Northern District of California. In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Northern District of California.

21
22
23
24
25
26
27
28

      A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here was convicted in the Riverside County Superior Court. (Pet. at 1.) That court is located in Riverside County, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Petitioner is presently confined at the Correctional Training Facility in Soledad, California, where the parole eligibility hearing he challenges in this

1   action was held.  (Pet. at 6; Pet. Ex. A at 1.)  That prison is located in Monterey County, which

2   is within the jurisdictional boundaries of the United States District Court for the Northern

3   District of California.  See 28 U.S.C. § 84(a).  Jurisdiction over this Petition thus exists in the

4   Central District, Eastern Division, and in the Northern District.  See 28 U.S.C. § 2241(d).

5           Although this Court does not have jurisdiction over the action, "[u]nder a provision of the

6   Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of

7   jurisdiction the court shall transfer the action to any other such court in which the action could

8   have been brought 'if it is in the interest of justice.'"  Miller v. Hambrick, 905 F.2d 259, 262 (9th

9   Cir. 1990) (citing In re McCauley, 814 F.2d 1350, 1351-52 (9th Cir. 1987)).  The Ninth Circuit

10  has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will

11  be in the interest of justice because normally dismissal of an action that could be brought

12  elsewhere is "time-consuming and justice-defeating."  Miller, 905 F.2d at 262 (quoting

13  Goldlawr, Inc. v. Heiman, 369 U.S. 463, 467 (1962).  Therefore, pursuant to 28 U.S.C. § 1631,

14  this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C.

15  § 2241(d).  It is generally the practice of the district courts in California to transfer habeas

16  actions challenging parole eligibility hearings to the district in which the hearing was conducted.

17  Any and all records, witnesses and evidence necessary for the resolution of a petitioner's

18  contentions are more readily available in that district.  See Braden, 410 U.S. at 497, 499 n.15;

19  Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  In this case, that district is the

20  Northern District of California.  Therefore, in the furtherance of justice,

21         IT IS ORDERED that the Clerk of this Court transfer this matter to the United States

22  District Court for the Northern District of California.  See 28 U.S.C. § 2241(d).

23         IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order

24  upon Petitioner and upon the California Attorney General.

25  DATED:  June 17, 2008

26

27                                          **WILLIAM Q. HAYES**
                                            United States District Judge

28

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

June 18, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON UNITED STATES
    COURTHOUSE, 16TH FLOOR
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102-3434

Re: Morrison v. Curry, Case No. 08cv00999-WQH-JMA

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/M. Cruz_____
     M Cruz, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: _____, Deputy